B240A (Form B240A) (04/10)

Check one.
☐ **Presumption of Undue Hardship**
☑ **No Presumption of Undue Hardship**
*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

District of Arizona

In re _Jesus A Maldonado_____,     Case No. _4:17-bk-04540-shg_
               *Debtor*

                                              Chapter _7_____

## REAFFIRMATION DOCUMENTS

Name of Creditor: Cabrillo Credit Union_____

☑ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation
Agreement, you must review the important disclosures, instructions, and definitions found in Part V of
this form.**

A. Brief description of the original agreement being reaffirmed: 2010 Kia Forte Koup Sx_____

                                                            *For example, auto loan*

B. ***AMOUNT REAFFIRMED***:     $_____7,515.10_

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include
   unpaid principal, interest, and fees and costs (if any) arising on or before _____,
   which is the date of the Disclosure Statement portion of this form (Part V).

   *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is _3.9000_ %.

   *See definition of "Annual Percentage Rate" in Part V, Section C below.*

   This is a *(check one)* ☑ Fixed rate          ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate
disclosed here.

D.  Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☐  $_____ per month for _____ months starting on_____.

☐  Describe repayment terms, including whether future payment amount(s) may be different from
    the initial payment amount.

E.  Describe the collateral, if any, securing the debt:

    Description:            2010 Kia Forte Koup
    Current Market Value    $_____

F.  Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

    ☐  Yes.  What was the purchase price for the collateral?        $_____

    ☐  No.   What was the amount of the original loan?              $_____

G.  Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed
debt and any related agreement:

|  | Terms as of the<br>Date of Bankruptcy | Terms After<br>Reaffirmation |
|---|---|---|
| Balance due *(including<br>fees and costs)* | $_____ | $_____ |
| Annual Percentage Rate | 3.9000 % | _____ % |
| Monthly Payment | $_____ | $_____ |

H.  ☐  Check this box if the creditor is agreeing to provide you with additional future credit in connection with
       this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to
       future credit and any other terms on future purchases and advances using such credit:

## PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A.  Were you represented by an attorney during the course of negotiating this agreement?

    Check one.  ☐ Yes    ☐ No

B.  Is the creditor a credit union?

    Check one.  ☑ Yes    ☐ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1.  Your present monthly income and expenses are:

    a. Monthly income from all sources after payroll deductions
    (take-home pay plus any other income)                                   $_____

    b. Monthly expenses (including all reaffirmed debts except
    this one)                                                               $_____

    c. Amount available to pay this reaffirmed debt (subtract b. from a.)    $_____

    d. Amount of monthly payment required for this reaffirmed debt          $_____

    *If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2.  You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

    Check one of the two statements below, if applicable:

    ☐   You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

    ☐   You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

    Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

    ☐   You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

    (1)    I agree to reaffirm the debt described above.

    (2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

    (3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

    (4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

    (5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _____      Signature _____
                                                                      *Debtor*

Date _____      Signature _____
                                                                  *Joint Debtor, if any*

### Reaffirmation Agreement Terms Accepted by Creditor:

Creditor   Cabrillo Credit Union _____      10075 Carroll Canyon Rd, San Diego Ca 92131
                         *Print Name*                                *Address*

           M.M.Simmons _____      *M.M.* _____      *5-11-17*
               *Print Name of Representative*               *Signature*              *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

    *To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

[ ] A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date _____      Signature of Debtor's Attorney _____

                   Print Name of Debtor's Attorney _____

# PART V.  DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

## A.     DISCLOSURE STATEMENT

1.  **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.  **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.  **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A ''lien'' is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.  **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5.  **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6.   **When will this Reaffirmation Agreement be effective?**

   a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

   i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

   ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

   b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7.   **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B.   INSTRUCTIONS

1.   Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2.   Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3.   If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4.   You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5.   *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

## C.    DEFINITIONS

1.  **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.  **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.  **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.



# Statement of Account

CABRILLO
CREDIT UNION

P.O. Box 261169 • San Diego, CA 92196-1169

RETURN SERVICE REQUESTED

776005238 1          1/4        UNQ          04-01-17  SD

Jesus Maldonado
1058 W Camino Fijo
Sahuarita AZ 85629-8184

**Cabrillo Credit Union's Annual Meeting will be hosted Wednesday, April 19, 2017 at 5:00 p.m. in our Board Room located at 10075 Carroll Canyon Road, Ste. 200, San Diego, CA 92131. Two members will be elected to the Board of Directors and one to the Supervisory Committee, all of which are 3-year terms.**

| Your Account Balances as of 03/31 | |
|---|---:|
| ID 00   Savings | $5.00 |
| ID 80   Advantage Checking | 1,662.70 |
| **Account Balance Total** | **$1,667.70** |

| Your Loan Balances as of 03/31 | |
|---|---:|
| ID 20   2010 Kia Forte Koup Sx 60 Mo | $7,829.72 |
| ID 39   Payroll Advance Loan (Pal) | 0.00 |
| **Loan Balance Total** | **$7,829.72** |
| Total Loan Interest Paid Year-To-Date | $81.48 |

## ID 00    Savings

| | |
|---|---:|
| Beginning Balance | $5.00 |
| 0 Deposits for | 0.00 |
| 0 Withdrawals for | 0.00 |
| Ending Balance | $5.00 |

## ID 80    Advantage Checking

| | |
|---|---:|
| Beginning Balance | $2,085.29 |
| 3 Deposits for | 4,694.70 |
| 73 Withdrawals for | -5,117.29 |
| Ending Balance | $1,662.70 |

| Posting | Withdrawals | Deposits | Balance | Transaction Description |
|---|---|---|---|---|
| 03/01 | 23.02- | | 2,062.27 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01033140  01033140 |
| 03/02 | 192.33- | | 1,869.94 | Withdrawal ACH LIBERTY MUTUAL PAYMENT MALDONADO JESUS A |
| 03/02 | 3.41- | | 1,866.53 | Card purchase CIRCLE K # 03443 1680 Terminal ID: 0300 NOGALES AZ Ref:061003212039  061003212039 |
| 03/02 | 37.00- | | 1,829.53 | Check #3005 Tracer 74303378 |
| 03/02 | 8.64- | | 1,820.89 | Card purchase AMAZON DIGITAL SVCS 86 Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:5531020706108323380714  5531020706108323380714 |
| 03/03 | 21.17- | | 1,799.72 | Card purchase CIRCLE K 00779 1990 N Terminal ID: 0003 GREEN VALLEY AZ Ref:062007138191  062007138191 |
| 03/03 | 6.29- | | 1,793.43 | Card purchase CIRCLE K 00779 1990 N Terminal ID: 0100 GREEN VALLEY AZ Ref:062012147203  062012147203 |
| 03/05 | 44.96- | | 1,748.47 | Withdrawal Bill payment AMAZON.COM Terminal ID: 00000101 SEATTLE WA Ref:MCW56CJMFJFV  MCW56CJMFJFV |
| 03/06 | 81.00- | | 1,667.47 | Card purchase A LATTE VINO Terminal ID: 78296598 958 E RODEO RD CASA GRANDE AZ Ref:7523095706446450754656B  7523095706446450754656B |
| 03/06 | 4.31- | | 1,663.16 | Card purchase Amazon Video On Demand Terminal ID: 239000 440 Terry Ave N AMZN.COM/bill WA Ref:5543286706500002394697 9  5543286706500002394697 9 |
| 03/06 | 5.39- | | 1,657.77 | Card purchase AMAZON VIDEO ON DEMAND Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:5531020706508302380700 9  5531020706508302380700 9 |
| 03/06 | 87.19- | | 1,570.58 | Card purchase Wal-Mart Super Center Terminal ID: 14110044 1411 WAL-SAMS SAHUARITA AZ Ref:706553012125  706553012125 |
| 03/06 | 161.01- | | 1,409.57 | Withdrawal Bill payment AMAZON.COM Terminal ID: 00000101 SEATTLE WA Ref:SUGAFHFZBL6D  SUGAFHFZBL6D |

Continued on next page



# Statement of Account

CABRILLO
CREDIT UNION
P.O. Box 261169 · San Diego, CA 92196-1169

**ID 80  Advantage Checking**          **Continued from previous page.**

| Posting | Withdrawals | Deposits | Balance | Transaction Description |
|---|---|---|---|---|
| 03/07 | 20.95- | | 1,388.62 | Card purchase SUPERCUTS Terminal ID: 03702683 GREEN VALLEY AZ Ref:030788015893 030788015893 |
| 03/07 | 113.54- | | 1,275.08 | Card purchase Wal-Mart Super Center Terminal ID: 14110044 1411 WAL-SAMS SAHUARITA AZ Ref:706614781856 706614781856 |
| 03/07 | 18.61- | | 1,256.47 | Card purchase JERRY BOBS Terminal ID: 3716 1325 W DUVAL MINE RD#19 GREEN VALLEY AZ Ref:554807770662067116700893 554807770662067116700893 |
| 03/08 | 18.25- | | 1,238.22 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01034300 01034300 |
| 03/09 | 14.28- | | 1,223.94 | Card purchase CITY SALADS GOURMET EX Terminal ID: 6821 120 W WHITE PARK DR NOGALES AZ Ref:5550036706809121600075 5550036706809121600075 |
| 03/10 | 2.15- | | 1,221.79 | Card purchase Amazon Services-Kindle Terminal ID: 362000 440 Terry Ave N 866-321-8851 WA Ref:5543286706900036469218 5543286706900036469218 |
| 03/10 | 60.00- | | 1,161.79 | Withdrawal ATM GREENVALLEY-S WY Terminal ID: 9907D GREEN VALLEY AZ Ref:000416 000416 |
| 03/10 | | 2,623.47 | 3,785.26 | Deposit ACH AGRI TREAS 310 FED SAL JESUS A MALDONADO |
| 03/11 | 3.23- | | 3,782.03 | Card purchase Amazon Video On Demand Terminal ID: 370000 440 Terry Ave N AMZN.COM/bill WA Ref:5543286707000137983648 5543286707000137983648 |
| 03/12 | 63.00- | | 3,719.03 | Withdrawal Transfer To Loan 10 Eff. Date 03/11 |
| 03/12 | 19.52- | | 3,699.51 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710065 SAHUARITA AZ Ref:01993009 01993009 |
| 03/12 | 2.76- | | 3,696.75 | Card purchase SAFEWAY STORE 1771 Terminal ID: 17710047 SAHUARITA AZ Ref:01979598 01979598 |
| 03/13 | 5.39- | | 3,691.36 | Card purchase Amazon Video On Demand Terminal ID: 244000 440 Terry Ave N AMZN.COM/bill WA Ref:5543286707100012507937 5543286707100012507937 |
| 03/13 | 32.00- | | 3,659.36 | Card purchase TWO GIRLS PIZZA Terminal ID: 332000 1570 W DUVAL MINE RD GREEN VALLEY AZ Ref:05314617072000280626106 05314617072000280626106 |
| 03/13 | 48.88- | | 3,610.48 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01035042 01035042 |
| 03/13 | 6.69- | | 3,603.79 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01035058 01035058 |
| 03/13 | 100.00- | | 3,503.79 | Withdrawal Bill payment COX COMM |
| 03/13 | 1,400.00- | | 2,103.79 | Withdrawal Bill payment DITECH FINANCIAL |
| 03/13 | 20.00- | | 2,083.79 | Withdrawal Bill payment SOUTHWEST GAS |
| 03/13 | 20.00- | | 2,063.79 | Withdrawal Bill payment TUCSON AZ UTILIT |
| 03/13 | 50.00- | | 2,013.79 | Withdrawal Bill payment COMMUNITY WATER |
| 03/13 | 50.00- | | 1,963.79 | Withdrawal Bill payment VERIZON WIRELESS |
| 03/13 | 300.00- | | 1,663.79 | Withdrawal Bill payment ROSE STRONG |
| 03/13 | 45.00- | | 1,618.79 | Withdrawal Bill payment FARMERS NEW WORL |
| 03/13 | 45.00- | | 1,573.79 | Withdrawal Bill payment FARMERS NEW WORL |
| 03/13 | 132.63- | | 1,441.16 | Card purchase WM SUPERCENTER # Terminal ID: 14110048 Wal-Mart Super Center SAHUARITA AZ Ref:045395 045395 |
| 03/15 | 22.72- | | 1,418.44 | Withdrawal Bill payment AMAZON.COM Terminal ID: 00000101 SEATTLE WA Ref:XIUEFPCBWLPL XIUEFPCBWLPL |
| 03/15 | 12.70- | | 1,405.74 | Card purchase LUCKY WISHBONE 8 Terminal ID: 249000 1465 W SILVERLAKE RD TUCSON AZ Ref:25247807073001627218215 25247807073001627218215 |
| 03/15 | 59.44- | | 1,346.30 | Withdrawal Bill payment AMAZON.COM Terminal ID: 00000101 SEATTLE WA Ref:IONYCZ6X5E5K IONYCZ6X5E5K |
| 03/15 | 11.24- | | 1,335.06 | Card purchase AMAZON.COM Terminal ID: 00000100 SEATTLE WA Ref:RZM74FP4L0Q8 RZM74FP4L0Q8 |
| 03/16 | 20.38- | | 1,314.68 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01036002 01036002 |
| 03/17 | 40.00- | | 1,274.68 | Check #3007 Tracer 72742740 |
| 03/17 | 61.18- | | 1,213.50 | Card purchase WM SUPERCENTER # Terminal ID: 14110001 Wal-Mart Super Center SAHUARITA AZ Ref:493387 493387 |
| 03/19 | 343.00- | | 870.50 | Withdrawal Transfer To Loan 20 Eff. Date 03/18 |

**CABRILLO CREDIT UNION**
P.O. Box 261169 • San Diego, CA 92196-1169

| | | | | |
|---|---|---|---|---|
| **ID 80** | **Advantage Checking** | | | **Continued from previous page.** |

| Posting | Withdrawals | Deposits | Balance | Transaction Description |
|---|---|---|---|---|
| 03/19 | 103.22- | | 767.28 | Card purchase SAFEWAY STORE 1771 Terminal ID: 17710005 SAHUARITA AZ Ref:01445280 01445280 |
| 03/20 | 30.00- | | 737.28 | Card purchase AMIGOS BURGERS & BEER Terminal ID: 9405 6372 S NOGALES HIGHWAY TUCSON AZ Ref:55310207078207405900588 55310207078207405900588 |
| 03/20 | 32.82- | | 704.46 | Card purchase JERRY BOBS Terminal ID: 3716 1325 W DUVAL MINE RD#19 GREEN VALLEY AZ Ref:55480777078206716900853 55480777078206716900853 |
| 03/20 | 23.04- | | 681.42 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710065 SAHUARITA AZ Ref:01995120 01995120 |
| 03/20 | 141.30- | | 540.12 | Card purchase WM SUPERCENTER # Terminal ID: 14110005 Wal-Mart Super Center SAHUARITA AZ Ref:754433 754433 |
| 03/20 | 14.07- | | 526.05 | Card purchase SAFEWAY STORE 1771 Terminal ID: 17710033 SAHUARITA AZ Ref:01023770 01023770 |
| 03/24 | 22.84- | | 503.21 | Card purchase RUDYS COUNTRY STORE BB Terminal ID: 344000 7300 W CHANDLER BLVD CHANDLER AZ Ref:05436847083500077100101 05436847083500077100101 |
| 03/24 | 99.26- | | 403.95 | Card purchase Wal-Mart Super Center Terminal ID: 14110001 1411 WAL-SAMS SAHUARITA AZ Ref:708341039042 708341039042 |
| 03/24 | 2.00- | | 401.95 | Card purchase WM SUPERCENTER # Terminal ID: 14110049 Wal-Mart Super Center SAHUARITA AZ Ref:082009 082009 |
| 03/24 | | 1,641.23 | 2,043.18 | Deposit ACH AGRI TREAS 310 FED SAL JESUS A MALDONADO |
| 03/25 | 11.62- | | 2,031.56 | Card purchase MCDONALD'S F18544 Terminal ID: 54971307 9955 S PRIEST DR TEMPE AZ Ref:293976 293976 |
| 03/27 | 7.01- | | 2,024.55 | Card purchase TACO BELL #22358 Terminal ID: 438R 2160 E. BASELINE RD. MESA AZ Ref:55310207084200688303440 55310207084200688303440 |
| 03/27 | 6.58- | | 2,017.97 | Card purchase JAMBA JUICE 416 Terminal ID: 205000 2904 N CAMPBELL AVE TUCSON AZ Ref:05436847085300064081549 05436847085300064081549 |
| 03/27 | 24.48- | | 1,993.49 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710060 SAHUARITA AZ Ref:01843467 01843467 |
| 03/27 | 107.84- | | 1,885.65 | Withdrawal Bill payment Allied Waste Ne |
| 03/27 | 50.00- | | 1,835.65 | Withdrawal Bill payment TUCSON ELECTRIC |
| 03/27 | 35.00- | | 1,800.65 | Withdrawal Bill payment FARMERS NEW WORL |
| 03/27 | 40.00- | | 1,760.65 | Withdrawal Bill payment FARMERS NEW WORL |
| 03/27 | 35.43- | | 1,725.22 | Card purchase WM SUPERCENTER # Terminal ID: 14110043 Wal-Mart Super Center SAHUARITA AZ Ref:028238 028238 |
| 03/27 | 46.87- | | 1,678.35 | Card purchase Wal-Mart Super Center Terminal ID: 14110043 1411 WAL-SAMS SAHUARITA AZ Ref:708758328304 708758328304 |
| 03/28 | 101.48- | | 1,576.87 | Card purchase INT*IN *ARIZONA NATURE Terminal ID: 331000 3025 N CAMPBELL #181 520-3219000 AZ Ref:55432867086000127422195 55432867086000127422195 |
| 03/28 | 16.47- | | 1,560.40 | Card purchase MISS SAIGON Terminal ID: 78469390 1072 N CAMPBELL AVE TUCSON AZ Ref:75428177086597101833113 75428177086597101833113 |
| 03/28 | 24.82- | | 1,535.58 | Card purchase GOLDEN CORRAL 882 Terminal ID: 7GI26G4H 6385 S. MIDVALE PA TUCSON AZ Ref:25536067087104012470972 25536067087104012470972 |
| 03/28 | 48.00- | | 1,487.58 | Check #3009 Tracer 92722830 |
| 03/29 | 10.55- | | 1,477.03 | Card purchase AMAZON SERVICES-KINDLE Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:55310207088083087309879 55310207088083087309879 |
| 03/30 | | 430.00 | 1,907.03 | Deposit ACH FSAREIMBURSEMENT PAYMENT JESUS MALDONADO |
| 03/30 | 192.33- | | 1,714.70 | Withdrawal ACH LIBERTY MUTUAL PAYMENT MALDONADO JESUS A |
| 03/30 | 37.00- | | 1,677.70 | Check #3008 Tracer 77254556 |
| 03/30 | 15.00- | | 1,662.70 | Card purchase CIRCLE K 00057 3602 N Terminal ID: 0100 TUCSON AZ Ref:089010458235 089010458235 |

**Summary by Check Number**   * Asterisk next to number indicates skip in sequence                4 Checks Cleared for $162.00

| Number | Amount | Number | Amount | Number | Amount | Number | Amount |
|---|---|---|---|---|---|---|---|
| 3005 | 37.00 | 3007 * | 40.00 | 3008 | 37.00 | 3009 | 48.00 |


| ID 20 **2010 Kia Forte Koup Sx 60 Mo** | Beginning Balance | $8,148.34 |
| --- | --- | --- |
| ANNUAL PERCENTAGE RATE 3.900 | 1 Payments for | -343.00 |
| Periodic Rate (Daily) 0.010685 | 0 Advances for | 0.00 |
| Loan Interest YTD $81.48 | Ending Balance | $7,829.72 |

A payment of **$343.00** is due on **04/18**

| Posting | Transaction Amount | Principal | FINANCE CHARGE | Balance | Transaction Description |
| --- | --- | --- | --- | --- | --- |
| 03/19 | -343.00 | -318.62 | 24.38 | 7,829.72 | Payment Transfer From Share 80 |

| ID 39 **Payroll Advance Loan (Pal)**, | Beginning Balance | $0.00 |
| --- | --- | --- |
| | 0 Payments for | 0.00 |
| | 0 Advances for | 0.00 |
| Loan Interest YTD $0.00 | Ending Balance | $0.00 |

Interest Charge Calculation:
The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.

## FEES

| Posting | Transaction Description | Amount |
| --- | --- | --- |
| | TOTAL FEES FOR THIS PERIOD | 0.00 |

## INTEREST CHARGED

| Posting | Transaction Description | Amount |
| --- | --- | --- |
| | TOTAL INTEREST FOR THIS PERIOD | 0.00 |

| 2017 Totals Year-to-Date | |
| --- | --- |
| Total Fees Charged YTD | $0.00 |
| Total Interest Paid YTD | $0.00 |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us as soon as you can, if you think your statement is wrong or if you need more information about a transfer on the statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits made by Electronic Funds Transfer to your account at least once every 60 days from the same person or company, you can call us during normal business hours to find out whether or not the deposit is made. Normally this will apply to members on direct deposit of Social Security or pension checks or allocations between different members accounts, where the payer has **not** provided positive notice to you that the transfer was initiated.

**Need help balancing your account?** Visit www.cabrillocu.com to download an account reconciliation form located in the Document Library. Or call a Member Services Representative at 800-222-7455.

Your savings are federally insured.




**CABRILLO**
CREDIT UNION
P.O. Box 261169 • San Diego, CA 92196-1169

RETURN SERVICE REQUESTED

544004485  1          1/4      UNQ      05-01-17  SD

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

Jesus Maldonado
1058 W Camino Fijo
Sahuarita AZ 85629-8184



**Home Equity
Line of Credit**

**2.99%** APR  **3.99%** APR
Introductory Rate         Then At Loan As*
Through 12/31/17*         Thereafter


EQUAL HOUSING
LENDER

Call 1.800.CABRILLO
for details

* APR = Annual Percentage Rate. On approved credit. A Home Equity Line of Credit (HELOC) is a loan on your home and the amount of the loan is determined by the equity available. Rate is tied to Prime rate, as posted in the Wall Street Journal on the first day of each month. The first rate adjustment will take place 1/1/18. Rate can adjust monthly, but will never increase or decrease by more than 2% per year and is limited to a maximum interest rate of 10% greater than the initial rate. Minimum interest rate is 3.99%. Loan must be funded by 5/31/17 in order to obtain the introductory rate. Loan offers a 10-year draw period and a 15-year repayment. Balloon payment due on any unpaid balance at maturity date. 80% LTV maximum. Property must be in California and be primary residence. Please consult your tax advisor for possible tax benefits. Rates subject to change. Appraisal fees and closing costs up to $650 will be waived with an initial advance of at least $5,000 ($10,000 for a loan greater than $100,000) and an outstanding balance of at least $3,000 for 1 year. If the loan balance falls below $3,000 during the first year, all previously waived fees will be added to the balance of the loan. Cabrillo Credit Union reserves the right to discontinue the "No Fee" promotion at any time. NMLS 525546

| Your Account Balances as of 04/30 | |
|---|---|
| ID 00  Savings | $5.00 |
| ID 80  Advantage Checking | 531.01 |
| **Account Balance Total** | **$536.01** |

| Your Loan Balances as of 04/30 | |
|---|---|
| ID 20  2010 Kia Forte Koup Sx 60 Mo | $7,515.10 |
| ID 39  Payroll Advance Loan (Pal) | 0.00 |
| **Loan Balance Total** | **$7,515.10** |
| Total Loan Interest Paid Year-To-Date | $109.86 |

| **ID 00  Savings** | | |
|---|---|---|
| | Beginning Balance | $5.00 |
| | 0 Deposits for | 0.00 |
| | 0 Withdrawals for | 0.00 |
| | Ending Balance | $5.00 |

| **ID 80  Advantage Checking** | | |
|---|---|---|
| | Beginning Balance | $1,662.70 |
| | 2 Deposits for | 3,288.10 |
| | 59 Withdrawals for | -4,419.79 |
| | Ending Balance | $531.01 |

| Posting | Withdrawals | Deposits | Balance | Transaction Description |
|---|---|---|---|---|
| 04/01 | 24.82- | | 1,637.88 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01040003  01040003 |
| 04/01 | 16.49- | | 1,621.39 | Card purchase PANDA HOUSE Terminal ID: 92346003 18745 SI 19 FRONTAGE GREEN VALLEY AZ Ref:5543687709113091613261 0  55436877091130916132610 |
| 04/01 | 100.00- | | 1,521.39 | Withdrawal ATM ESTSD/BNK/CNT G CENTE Terminal ID: 4499Y TUCSON AZ Ref:009200  009200 |
| 04/02 | 19.95- | | 1,501.44 | Card purchase SUPERCUTS Terminal ID: 03702683 GREEN VALLEY AZ Ref:040259017281  040259017281 |
| 04/03 | 40.51- | | 1,460.93 | Card purchase AMIGOS BURGERS & BEER Terminal ID: 9405 6372 S NOGALES HIGHWAY TUCSON AZ Ref:5531020709220740530071 6  55310207092207405300716 |
| 04/03 | 5.39- | | 1,455.54 | Card purchase AMAZON VIDEO ON DEMAND Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:5531020709208314377787 3  55310207092083143777873 |
| 04/03 | 8.64- | | 1,446.90 | Card purchase Amazon Digital Svcs Terminal ID: 248000 440 Terry Ave N 866-216-1072 WA Ref:5543286709200083231743 5  55432867092000832317435 |
| 04/03 | 66.01- | | 1,380.89 | Card purchase SPROUTS FARMERS MKT#23 Terminal ID: 97758001 4282 N.1ST AVENUE TUCSON AZ Ref:772861  772861 |
| 04/03 | 99.35- | | 1,281.54 | Card purchase COSTCO WHSE #1079 Terminal ID: 99107911 1650 E TUCSON MARKET PL TUCSON AZ Ref:523423  523423 |
| 04/03 | 34.02- | | 1,247.52 | Card purchase BEDBATH&B 5225 South C Terminal ID: 00122451 I-19 & IRVING AZ Ref:040317000062  040317000062 |
| 04/03 | 91.39- | | 1,156.13 | Card purchase WM SUPERCENTER # Terminal ID: 14110047 Wal-Mart Super Center SAHUARITA AZ Ref:403650  403650 |

Continued on next page



# Statement of Account

**CABRILLO** CREDIT UNION

P.O. Box 261169 • San Diego, CA 92196-1169

Member Number xxxxxxx979
Statement For **04/01/2017 - 04/30/2017**
Page **2 of 4**

| ID 80 | Advantage Checking | | | Continued from previous page. |
|---|---|---|---|---|

| Posting | Withdrawals | Deposits | Balance | Transaction Description |
|---|---|---|---|---|
| 04/03 | 55.00- | | 1,101.13 | Card purchase THE OLIVE GARD00016220 Terminal ID: 157 1213 W IRVINGTON RD TUCSON AZ Ref:15410197093140277620009 15410197093140277620009 |
| 04/03 | 13.50- | | 1,087.63 | Card purchase HARKINS TUCSON SPECTRU Terminal ID: 9010 5455 S CALLE SANTA CRUZ TUCSON AZ Ref:55310207093091104014763 55310207093091104014763 |
| 04/03 | 12.25- | | 1,075.38 | Card purchase HARKINS TUCSON SPECTRU Terminal ID: 9010 5455 S CALLE SANTA CRUZ TUCSON AZ Ref:55310207093091104017634 55310207093091104017634 |
| 04/04 | 14.29- | | 1,061.09 | Card purchase TACO FISH INC. Terminal ID: 3249 4841 S 12TH AVE TUCSON AZ Ref:55480777094207249000393 55480777094207249000393 |
| 04/04 | 14.04- | | 1,047.05 | Card purchase BIG 5 SPORTING GOODS 4 Terminal ID: 08717952 SAHUARITA AZ Ref:040451065374 040451065374 |
| 04/04 | 24.64- | | 1,022.41 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710068 SAHUARITA AZ Ref:01427180 01427180 |
| 04/04 | 10.95- | | 1,011.46 | Withdrawal Bill payment AMAZON.COM Terminal ID: 00000101 SEATTLE WA Ref:F51S2LXGIUV2 F51S2LXGIUV2 |
| 04/04 | 70.97- | | 940.49 | Withdrawal Bill payment AMAZON.COM Terminal ID: 00000101 SEATTLE WA Ref:RSOAW4RD9EH4 RSOAW4RD9EH4 |
| 04/05 | 37.00- | | 903.49 | Card purchase LOS AGAVES RESTAURANT Terminal ID: 9943 1451 S LA CANADA DR 14 GREEN VALLEY AZ Ref:55500367095200943900385 55500367095200943900385 |
| 04/07 | 3.23- | | 900.26 | Card purchase AMAZON VIDEO ON DEMAND Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:55310207097083013583257 55310207097083013583257 |
| 04/07 | | 1,646.87 | 2,547.13 | Deposit ACH AGRI TREAS 310 FED SAL JESUS A MALDONADO |
| 04/07 | 6.18- | | 2,540.95 | Card purchase MCDONALD'S F11418 Terminal ID: 86246006 470 W MARLPOSA RD NOGALES AZ Ref:033195 033195 |
| 04/08 | 5.51- | | 2,535.44 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01043015 01043015 |
| 04/10 | 5.39- | | 2,530.05 | Card purchase Amazon Video On Demand Terminal ID: 362000 440 Terry Ave N AMZN.COM/bill WA Ref:55432867099000263331304 55432867099000263331304 |
| 04/10 | 56.21- | | 2,473.84 | Card purchase BIG LOTS STORES Terminal ID: 76409002 18705 S I 19 FRONTAGE R GREEN VALLEY AZ Ref:009178 009178 |
| 04/10 | 59.99- | | 2,413.85 | Card purchase BRAKEMAX CAR CARE Terminal ID: LK275518 18750 S. NOGALES H GREEN VALLEY AZ Ref:000000000007 000000000007 |
| 04/10 | 29.02- | | 2,384.83 | Card purchase Wal-Mart Super Center Terminal ID: 14110071 1411 WAL-SAMS SAHUARITA AZ Ref:710071002611 710071002611 |
| 04/10 | 71.34- | | 2,313.49 | Card purchase Wal-Mart Super Center Terminal ID: 14110048 1411 WAL-SAMS SAHUARITA AZ Ref:710078764466 710078764466 |
| 04/10 | 100.00- | | 2,213.49 | Withdrawal Bill payment COX COMM |
| 04/10 | 1,350.00- | | 863.49 | Withdrawal Bill payment DITECH FINANCIAL |
| 04/10 | 20.00- | | 843.49 | Withdrawal Bill payment SOUTHWEST GAS |
| 04/10 | 20.00- | | 823.49 | Withdrawal Bill payment TUCSON AZ UTILIT |
| 04/10 | 20.00- | | 803.49 | Withdrawal Bill payment COMMUNITY WATER |
| 04/10 | 50.00- | | 753.49 | Withdrawal Bill payment VERIZON WIRELESS |
| 04/10 | 74.85- | | 678.64 | Withdrawal Bill payment CCS SYSTEMS |
| 04/10 | 300.00- | | 378.64 | Withdrawal Bill payment ROSE STRONG |
| 04/10 | 100.00- | | 278.64 | Withdrawal Bill payment MARYELLEN MALDON |
| 04/12 | 62.00- | | 216.64 | Withdrawal Transfer To Loan 10 **Eff. Date 04/11** |
| 04/15 | 5.39- | | 211.25 | Card purchase AMAZON VIDEO ON DEMAND Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:55310207105083033288408 55310207105083033288408 |
| 04/17 | 4.31- | | 206.94 | Card purchase AMAZON VIDEO ON DEMAND Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:55310207106083143710910 55310207106083143710910 |
| 04/19 | 206.94- | | 0.00 | Withdrawal Transfer To Loan 20 **Eff. Date 04/18** |
| 04/21 | | 1,641.23 | 1,641.23 | Deposit ACH AGRI TREAS 310 FED SAL JESUS A MALDONADO |
| 04/22 | 136.06- | | 1,505.17 | Withdrawal Transfer To Loan 20 **Eff. Date 04/21** |
| 04/22 | 30.25- | | 1,474.92 | Card purchase PETCO 2125 Terminal ID: 09245001 18785 S I-19 FRONTAGE R SAHUARITA AZ Ref:878265 878265 |
| 04/23 | 52.11- | | 1,422.81 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710067 SAHUARITA AZ Ref:01045540 01045540 |

20170501-SD-000000  -000000-0

Case 4:17-bk-04540-SHG   Doc 14   Filed 05/15/17   Entered 05/16/17 10:37:46   Desc
Main Document    Page 13 of 15


**CABRILLO CREDIT UNION**
P.O. Box 261169 • San Diego, CA 92196-1169

| ID 80 | Advantage Checking | | | Continued from previous page. |
|---|---|---|---|---|
| **Posting** | **Withdrawals** | **Deposits** | **Balance** | **Transaction Description** |
| 04/23 | 94.03- | | 1,328.78 | Card purchase OREILLY AUTO #3 Terminal ID: 02614302 GREEN VALLEY AZ Ref:711361434050 711361434050 |
| 04/24 | 14.70- | | 1,314.08 | Card purchase PANDA HOUSE Terminal ID: 92346003 18745 SI 19 FRONTAGE GREEN VALLEY AZ Ref:55436877113131132233178 55436877113131132233178 |
| 04/24 | 25.11- | | 1,288.97 | Card purchase SAFEWAY FUEL 1771 Terminal ID: 17710061 SAHUARITA AZ Ref:01873959 01873959 |
| 04/24 | 100.00- | | 1,188.97 | Withdrawal ATM GREENVALLEY-S WY Terminal ID: 9915E GREEN VALLEY AZ Ref:007103 007103 |
| 04/24 | 136.34- | | 1,052.63 | Card purchase Wal-Mart Super Center Terminal ID: 14110044 1411 WAL-SAMS SAHUARITA AZ Ref:711454258654 711454258654 |
| 04/25 | 119.26- | | 933.37 | Card purchase COSTCO WHSE #1079 Terminal ID: 99107911 1650 E TUCSON MARKET PL TUCSON AZ Ref:298520 298520 |
| 04/25 | 5.39- | | 927.98 | Card purchase Amazon Video On Demand Terminal ID: 365000 440 Terry Ave N AMZN.COM/bill WA Ref:55432867115000871885469 55432867115000871885469 |
| 04/26 | 41.08- | | 886.90 | Card purchase Wal-Mart Super Center Terminal ID: 14110043 1411 WAL-SAMS SAHUARITA AZ Ref:711725279898 711725279898 |
| 04/26 | 8.00- | | 878.90 | Card purchase WM SUPERCENTER # Terminal ID: 14110043 Wal-Mart Super Center SAHUARITA AZ Ref:147626 147626 |
| 04/27 | 114.59- | | 764.31 | Card purchase GV BIKE HUB Terminal ID: 11144134 284 W CALLE DE LAS T GREEN VALLEY AZ Ref:55436877116281168258602 55436877116281168258602 |
| 04/27 | 98.17- | | 666.14 | Card purchase GREEN VALLEY MVD Terminal ID: 1981 601 N LA CANADA DR GREEN VALLEY AZ Ref:55310207117206981100103 55310207117206981100103 |
| 04/27 | 72.36- | | 593.78 | Card purchase INT*IN *ARIZONA NATURE Terminal ID: 212000 3025 N CAMPBELL #181 520-3219000 AZ Ref:55432867116000633878819 55432867116000633878819 |
| 04/27 | 33.90- | | 559.88 | Card purchase SAFEWAY STORE 1771 Terminal ID: 17710007 SAHUARITA AZ Ref:01299886 01299886 |
| 04/28 | 23.48- | | 536.40 | Card purchase SAFEWAY FUEL 10017713 Terminal ID: 063 1305 W DUVAL MINE ROAD SAHUARITA AZ Ref:15410197118232018998710 15410197118232018998710 |
| 04/29 | 5.39- | | 531.01 | Card purchase AMAZON VIDEO ON DEMAND Terminal ID: 0000 440 TERRY AVE N 866-216-1072 WA Ref:55310207119083023231875 55310207119083023231875 |

| ID 20 | **2010 Kia Forte Koup Sx 60 Mo** | | | |
|---|---|---|---|---|
| ANNUAL PERCENTAGE RATE 3.900 | | Beginning Balance | $7,829.72 |
| Periodic Rate (Daily) 0.010685 | | 2 Payments for | -343.00 |
| Loan Interest YTD $109.86 | | 0 Advances for | 0.00 |
| A payment of **$343.00** is due on **05/18** | | Ending Balance | $7,515.10 |

| | Transaction | | FINANCE | | |
|---|---|---|---|---|---|
| **Posting** | **Amount** | **Principal** | **CHARGE** | **Balance** | **Transaction Description** |
| 04/19 | -206.94 | -181.01 | 25.93 | 7,648.71 | Payment Transfer From Share 80 |
| 04/22 | -136.06 | -133.61 | 2.45 | 7,515.10 | Payment Transfer From Share 80 |

| ID 39 | **Payroll Advance Loan (Pal)** | | |
|---|---|---|---|
| | | Beginning Balance | $0.00 |
| | | 0 Payments for | 0.00 |
| | | 0 Advances for | 0.00 |
| Loan Interest YTD $0.00 | | Ending Balance | $0.00 |

Interest Charge Calculation:
The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.

## FEES

| **Posting** | **Transaction Description** | **Amount** |
|---|---|---|
| | TOTAL FEES FOR THIS PERIOD | 0.00 |

2017050-SD-900000  -000000-0



# Statement of Account

CABRILLO
CREDIT UNION
P.O. Box 261169 • San Diego, CA 92196-1169

| ID 39 | Payroll Advance Loan (Pal) | **Continued from previous page.** |

**INTEREST CHARGED**

| Posting Transaction Description | Amount |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | 0.00 |

**2017 Totals Year-to-Date**

| Total Fees Charged YTD | $0.00 |
|---|---|
| Total Interest Paid YTD | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone or write us as soon as you can, if you think your statement is wrong or if you need more information about a transfer on the statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you have arranged to have direct deposits made by Electronic Funds Transfer to your account at least once every 60 days from the same person or company, you can call us during normal business hours to find out whether or not the deposit is made. Normally this will apply to members on direct deposit of Social Security or pension checks or allocations between different members accounts, where the payer has **not** provided positive notice to you that the transfer was initiated.

**Need help balancing your account?** Visit www.cabrillocu.com to download an account reconciliation form located in the Document Library. Or call a Member Services Representative at 800-222-7455.

Your savings are federally insured.

