**SCOTT A. WEIBLE, ESQ. (009339)**
**WEIBLE LAW FIRM PLLC**
10645 N. Oracle Road, 121-353
Oro Valley, AZ 85737-9387
Telephone: (520) 955-3660
scott@weible.com

*Attorney for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON

| | |
|---|---|
| In Re: JESUS A. MALDONADO ) <br> ) <br>     Debtor. ) <br> ) <br> _____ ) | In Proceedings Under <br> Chapter 13 <br><br> Case No. 4:17-bk-04540-SHG <br><br> NOTICE OF LODGING OF PROPOSED **ORDER** EXTENDING TIME TO COMPLY WITH TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN |

**PLEASE TAKE NOTICE** that Debtor Jesus A. Maldonado ("Debtor"), by his counsel herein, Scott A Weible, Esquire, of Weible Law Firm, PLLC, has this day lodged that proposed **ORDER** EXTENDING TIME TO COMPLY WITH TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN, in the form annexed hereto as Exhibit A.

                                             Jesus A. Maldonado
                                             By Counsel,

                                             Respectfully Submitted,

Dated: August 29, 2017              /s/ Scott A. Weible             .
                                             Scott A. Weible, Esq. (009339)
                                                  scott@weible.com
                                             Weible Law Firm, PLLC
                                             10645 N. Oracle Road, 121-353
                                             Oro Valley, AZ 85737-9387
                                             (520) 955-3660

                                             Counsel for Plaintiff & Debtor Jesus A. Maldonado

1

A copy of the foregoing NOTICE OF
LODGING was sent either electronically, or
via regular first class United States mail,
this 29th day of August, 2017, to each of the following:

***Electronically:***

    Dianne C. Kerns, Trustee
    mail@dcktrustee.com

 /s/ Scott A. Weible                    .
Scott A. Weible

**SCOTT A. WEIBLE, ESQ. (009339)**
**WEIBLE LAW FIRM PLLC**
10645 N. Oracle Road, 121-353
Oro Valley, AZ 85737-9387
Telephone: (520) 955-3660
scott@weible.com

*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON

In Re:   JESUS A. MALDONADO   )   In Proceedings Under
                              )   Chapter 13
        Debtor.               )
                              )   Case No. 4:17-bk-04540-SHG
                              )
                              **ORDER** EXTENDING TIME TO COMPLY WITH TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**AFTER THOROUGH CONSIDERATION** of Debtor's Motion to Extend Time to Comply With Trustee's Objection to Confirmation of Debtor's Chapter 13 Plan, and good cause appearing therefo;

**IT IS HEREBY ORDERED** that Debtor Jesus A. Maldonado shall have sixty (60) days from August 27, 2017, that is until October 26, 2017, to comply with the chapter 13 trustee's July 27, 2017, objection to confirmation.

*SIGNED AND DATED ABOVE*

EXHIBIT A to NOTICE OF LODGING

1