Scott A. Weible, Esq. (009339)
Weible Law Firm PLLC
1846 E. Innovation Park Drive
Oro Valley, AZ 85755-1963
Telephone: (520) 955-3660
scott@weible.com

*Attorney for Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA
### TUCSON

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| **JESUS A. MALDONADO** | ) CASE NO. 4:17-bk-04540-SHG |
| Debtor | ) **DEBTOR'S OBJECTION TO CLAIM NO. 2 OF CABRILLO CREDIT UNION, AND NOTICE THEREON** |

**DEBTOR,** Jesus A. Maldonado, by and through his undersigned counsel, Scott A. Weible, Esq., Weible Law Firm, PLLC, objects to the following claim:

Claim No. 2

Claimant: Cabrillo Credit Union

Claim Amount: $2,258.77

Claim Type: ***Secured***

Date of Filing 05/30/2017

Upon the following grounds:

Creditor Cabrillo Credit Union filed a secured Proof of Claim in the amount of $2,258.77. In reviewing the backup documentation, this claim is for a MasterCard credit card and should be treated as an ***unsecured*** claim.

Debtor objects to the treatment of Claim No. 2 *__as secured__*, and respectfully moves this Honorable Court to allow Claim No. 2 *__only as unsecured__*, unless, on or before 30 days from the mailing of this objection the creditor EITHER:

1. Sends the proper documentation to Debtor's Counsel - WITH A COPY OF THIS NOTICE - AND receives from Debtor's Counsel a withdrawal of objection;

    OR

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy Court, and mails a copy thereof to Debtor's Counsel, Scott A. Weible, Esq., Weible Law Firm, PLLC, 1846 E. Innovation Park Drive, Oro Valley, AZ 85755-1963.

Dated: November 15, 2017

/s/ Scott A. Weible
Scott A. Weible, Esq.
Weible Law Firm, PLLC
Attorney for Debtor Jesus A. Maldonado

A copy of the foregoing filed with the
United States Bankruptcy Court and
mailed this 15th day of November, 2017, to:

Cabrillo Credit Union
10075 Carroll Canyon Road
San Diego, CA   92131
(858) 547-7400

Dianne Crandell Kerns, Chapter 13 Trustee
7320 N. La Cholla, 154-413
Tucson, AZ 85741-2305

/s/ Scott A. Weible
Scott A. Weible